FILED
2019 OCT 30 11:47 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 19-2-28704-7 KNT

IN THE SUPERIOR COURT OF WASHINGTON
FOR THE COUNTY OF KING

| | |
|---|---|
| BASHIR A. SHAUR,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., a foreign corporation; CASCADE MANAGEMENT, INC., a foreign corporation; PINE RIDGE APARTMENT HOMES, a Washington business entity,<br><br>    Defendants | CAUSE NO.<br><br>AMENDED COMPLAINT FOR DAMAGES |

COMES NOW the plaintiff, Bashir A. Shaur, by and through his attorney of record, Daniel R. Whitmore, and alleges the following claims for relief against the defendants.

AMENDED COMPLAINT FOR DAMAGES- 1

Law Office of
**Daniel R. Whitmore, PS**
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)

## I. IDENTIFICATION OF PARTIES, JURISDICTION AND VENUE

1.1  All acts and omissions hereinafter alleged occurred within the State of Washington. This Court has jurisdiction over this cause of action.

1.2  Venue is proper in King County Superior Court because one or more of the defendants does business in King County.

1.3  At all times material hereto, plaintiff Bashir A. Shaur was an individual residing in the State of Washington.

1.4  At all times material hereto, defendant National Credit System, Inc. ("National Credit") was a foreign corporation doing business in King County, Washington. Said business is alleged to be that of a "collection agency" as defined by RCW 19.16.100 (3) and a "debt collector" as defined by 15 USC Sec.1692(a)(6).

1.5  At all times material hereto, defendant Cascade Management, Inc. ("Cascade") was a foreign corporation doing business in King County, Washington.

1.6  At all times material hereto, defendant Pine Ridge Apartment Homes ("Pine Ridge") was a Washington business entity doing business in King County, Washington.

AMENDED COMPLAINT FOR DAMAGES- 2

Law Office of
Daniel R. Whitmore, PS
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)

## II.   LIABILITY AND DAMAGES

2.1  On or about December 31, 2018, Plaintiff Shaur vacated an apartment rented at the Pine Ridge Apartment Homes located at 3721 South 180th Street, Apt. A307, SeaTac, Washington.

2.2  On or about January 15, 2019, Plaintiff Shaur received a letter from Cascade, representatives of Pine Ridge, alleging that Plaintiff Shaur damaged the apartment in which he had resided. Defendant Cascade Management claimed Plaintiff's $300 security deposit, and demanded payment of $3,790.00.

2.3  Defendants Cascade Management and Pine Ridge are in violation of RCW 59.18.260 which provides in pertinent part:

> No deposit may be collected by a landlord unless the rental agreement is in writing and a written checklist or statement specifically describing the condition and cleanliness of or existing damages to the premises and furnishings, including, but not limited to, walls, floors, countertops, carpets, drapes, furniture, and appliances, is provided by the landlord to the tenant at the commencement of the tenancy. The checklist or statement shall be signed and dated by the landlord and the tenant, and the tenant shall be provided with a copy of the
> signed checklist or statement. No such deposit shall be withheld on account of normal wear and tear resulting from ordinary use of the premises. The tenant has the right to request one free replacement copy of the written checklist. If the landlord collects a deposit without providing a written checklist at the commencement of the tenancy, the landlord is liable to the tenant for the amount of the

AMENDED COMPLAINT FOR DAMAGES- 3

Law Office of
Daniel R. Whitmore, PS
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)

deposit, and the prevailing party may recover court costs and reasonable attorneys' fees.

2.4   The damage alleged by Cascade Management was clearly normal wear and tear resulting from the ordinary use of the premises over the course of an 11-year tenancy.

2.5   Cascade, as agent of Pine Ridge, retained Plaintiff Shaur's damage deposit without providing him with a signed check list of the condition of the premises at the commencement of the tenancy.

2.6   Cascade Management assigned the $3,790.00 "debt" to defendant National Credit for collection. On or about February 24, 2019, defendant National Credit reported to collection bureaus that defendants had an unpaid debt of $3,790.00. Plaintiffs took no action to determine liability for the damages claimed before reporting to collection bureaus that the defendants had an unpaid debt.

2.7   National Credit attempted to "strong arm' plaintiff Shaur into paying a disputed "debt".  Rather than making any attempt to resolve the question of whether the account it

AMENDED COMPLAINT FOR DAMAGES- 4

Law Office of
Daniel R. Whitmore, PS
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)

received from Cascade Management was proper, National Credit wrongfully tried to coerce Shaur into paying money he does not owe by reporting that Shaur had an unpaid "account" to credit reporting agencies and damaging Shaur's credit rating. The tactics employed by National Credit violate federal statutes, Washington state statutes, and Washington common law.

2.8  National Credit violated the federal Fair Debt Collections Act. The violations include, but are not limited to, reporting the "delinquent" account to three national credit reporting bureaus(15 USC Sec. 1692(e)(8) and making false representation regarding the character, amount, or legal status of the "debt" (15 USC Sec. 1692(e)(2)(a)).

2.9  National Credit violated the Washington state Collection Agency Act. The violations include, but are not limited to, wrongfully impairing the Plaintiff's credit rating (RCW 19.16.250 (10).

2.10  All three defendants herein violated the Washington State Consumer Protection Act (RCW 19.86 et seq.). A violation of the Collection Agency Act is a *per se* violation of the Consumer Protection Act (RCW 19.14.440). Even if such was not the case,

AMENDED COMPLAINT FOR DAMAGES- 5

Law Office of
Daniel R. Whitmore, PS
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)

all defendants have acted in an unfair manner which impacts the public interest and caused injury to Plaintiff Shaur such that Defendants should be found in violation of the Consumer Protection Act.

2.11 Defendants have committed the common law tort of misrepresentation.

2.12 Defendants have committed the common law tort of negligent infliction of emotional distress.

2.13 Defendants have committed the common law tort of outrage.

2.14 Defendants have committed the common law tort of tortious interference with credit expectancy.

2.15 As a proximate cause of Defendants' wrongful acts, Plaintiff Shaur has actual damages in an amount to be proved at the time of trial. Said actual damages include, but are not limited to, loss of security deposit and a damaged credit rating.

2.16 As a proximate cause of Defendants' wrongful acts, Plaintiff Shaur sustained emotional distress and mental anxiety in an amount to be proved at the time of trial.

AMENDED COMPLAINT FOR DAMAGES- 6

**Law Office of
Daniel R. Whitmore, PS**
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)

2.17 Plaintiff Shaur is entitled to a statutory damage award of $1,000.00 (15 USC Sec. 1692(k)(2)(A)).

2.18 Plaintiff Shaur is entitled to three times his actual damages up to $10,000.00 for Defendants' violations of the Washington Consumer Protection Act. (RCW 19.86.090)

2.19 Plaintiff Shaur is entitled to recover his reasonable attorney's fees and costs.

**WHEREFORE**, the Plaintiff prays for judgment against the defendants, jointly and severally, in an amount to be proven at the time of trial, statutory damages, treble damages, together with his reasonable attorney's fees, costs and such other relief as the Court may deem just and equitable.

Dated this 22nd day of October, 2019.

DANIEL R. WHITMORE

_____
Daniel R. Whitmore, WSBA No. 24012
Attorney for Defendants

AMENDED COMPLAINT FOR DAMAGES- 7

Law Office of
Daniel R. Whitmore, PS
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)